McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL S. HAM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HILLS VINEYARDS, LLC, a, California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>McCARTY PARTNERS, et al.,<br><br>Defendants. | Civil No. 2:06-cv-00631-FCD-PAN<br><br>**STIPULATED DISMISSAL, and ORDER** |

Plaintiff Red Hills Vineyards, LLC, and defendants United States of America and Wells Fargo Bank, through their respective attorneys, agree and stipulate as follows:

1. Red Hills Vineyards, United States of America, and Wells Bank are the only parties who have made an appearance in this action. The parties agree that this action should be DISMISSED WITHOUT PREJUDICE.

2. Red Hills Vineyards, LLC, represents that defendants Thompson-Folger and Bank of the West have answered its complaint in the state court proceeding before the action was removed from the Superior Court of California, San Joaquin County (CV027740). However, Red Hills Vineyards, LLC, have conferred with the foregoing defendants and they have no objection to the dismissal of this action.

3. The parties are to bear their own costs incurred in this action, including attorney's fees

1858413.1

1 | and costs.

2 | 
3 | Dated this 11th day of August, 2006.                McGREGOR W. SCOTT
                                                       United States Attorney

4 | 
5 |                                                    /s/ - Paul Ham
                                                       G. PATRICK JENNINGS
6 |                                                    PAUL S. HAM
                                                       Trial Attorneys, Tax Division
7 |                                                    United States Department of Justice
                                                       P.O. Box 683, Ben Franklin Station
8 |                                                    Washington, DC  20044-0683
                                                       Telephone: (202) 307-6648
9 |                                                    Telephone: (202) 307-6421
                                                       Facsimile: (202) 307-0054
10 |                                                   (Attorneys for the United States)

11 | Dated this 9th day of August, 2006.                /s/ - Allison Lafferty
                                                       GARY CHRISTOPHERSON
12 |                                                   KATHLEEN M. ABDALLAH
                                                       ALLISON CHERRY LAFFERTY
13 |                                                   Kroloff, Belcher, Smart, Perry & Christopherson
                                                       7540 Shoreline Drive
14 |                                                   PO Box 692050
                                                       Stockton, CA 95269-2050
15 |                                                   Telephone: (209) 478-2000
                                                       Facsimile:  (209) 478-0354
16 |                                                   (Attorneys for Red Hills Vineyards)

17 | 
18 | Dated this 10th day of August, 2006.               /s/ - Molly Baier
                                                       MOLLY J. BAIER
                                                       Wells Fargo Bank
19 |                                                   633 Folsom Street, 7th Floor
                                                       San Francisco, CA 94107
20 |                                                   Telephone: (415) 396-3723
                                                       Facsimile:  (415) 975-7863
21 |                                                   (Attorney for Wells Fargo Bank)

22 |     Pursuant to the above stipulation this action is DISMISSED without prejudice.  The Status
23 | Conference set for August 18, 2006 is VACATED.

24 | Dated: <u>August 11, 2006</u>.                    /s/ Frank C. Damrell Jr.
                                                       FRANK C. DAMRELL, JR.
25 |                                                   United States District Judge

26 | 
27 | 
28 | STIPULATED DISMISSAL                 - 2 -                                      1858413.1